Ethan M. Posner (*Pro Hac Vice Pending*)
eposner@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: 202.662.5674
Facsimile: 202.662.6291

Sara J. O'Connell (Bar No. 238328)
soconnell@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: 858.678.1811
Facsimile: 858. 678.1600

Sarah E. Sloviter (Bar No. 272667)
sloviterlaw@gmail.com
LAW OFFICES OF SARAH SLOVITER
DF Garrettson House
2366 Front Street
San Diego, CA 92101
Telephone: 619.308.8482

*Attorneys for Defendant*
*LEONARD GLENN FRANCIS*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD GLENN FRANCIS (1), and JOHN BERTRAND BELIVEAU II (2),<br><br>　　　　　Defendants. | No. 3:13-cr-03781-JLS<br><br>**NOTICE OF CONSENT TO MOTION FOR ORDER OF SUBSTITUTION OF COUNSEL AND MOTION FOR ORDER OF SUBSTITUTION OF COUNSEL** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that, per Local Civil Rule of Court, Rule 83.3.g, and subject to approval by the court, Defendant LEONARD GLENN FRANCIS requests the substitution of attorneys Ethan M. Posner, Sara J. O'Connell and Sarah E. Sloviter as

1

**CONSENT TO MOTION FOR ORDER OF SUBSTITUTION**　　　　　3:13-cr-03781-JLS

new counsel of record in the above-captioned case, in place of Stephen A. Mansfield, Robert Humphreys and Danielle Crockett with Akin Gump Strauss Hauer & Feld LLP.

**I REQUEST AND CONSENT TO THE ABOVE SUBSTITUTION.**

Dated: 8-8-14

_____
Leonard Glenn Francis
Defendant

**I CONSENT TO ATTORNEYS EMPLOYED BY AKIN GUMP STRAUSS HAUER & FELD LLP, INCLUDING MYSELF, BEING SUBSTITUTED.**

Dated: _____

_____
Stephen A. Mansfield
Lead Counsel
AKIN GUMP STRAUSS HAUER
& FELD LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: _____

_____
Ethan M. Posner
COVINGTON & BURLING LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: _____

_____
Sara J. O'Connell
COVINGTON & BURLING LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: 8/8/14

_____
Sarah E. Sloviter
LAW OFFICES OF SARAH SLOVITER

new counsel of record in the above-captioned case, in place of Stephen A. Mansfield, Robert Humphreys and Danielle Crockett with Akin Gump Strauss Hauer & Feld LLP.

**I REQUEST AND CONSENT TO THE ABOVE SUBSTITUTION.**

Dated: _____

　　　　　　　　　　　　　　　　　Leonard Glenn Francis
　　　　　　　　　　　　　　　　　Defendant

**I CONSENT TO ATTORNEYS EMPLOYED BY AKIN GUMP STRAUSS HAUER & FELD LLP, INCLUDING MYSELF, BEING SUBSTITUTED.**

Dated: 8-8-14　　　　　　　　　　/s/ Stephen A. Mansfield
　　　　　　　　　　　　　　　　　Stephen A. Mansfield
　　　　　　　　　　　　　　　　　Lead Counsel
　　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER
　　　　　　　　　　　　　　　　　& FELD LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: _____

　　　　　　　　　　　　　　　　　Ethan M. Posner
　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: _____

　　　　　　　　　　　　　　　　　Sara J. O'Connell
　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: _____

　　　　　　　　　　　　　　　　　Sarah E. Sloviter
　　　　　　　　　　　　　　　　　LAW OFFICES OF SARAH
　　　　　　　　　　　　　　　　　SLOVITER

new counsel of record in the above-captioned case, in place of Stephen A. Mansfield, Robert Humphreys and Danielle Crockett with Akin Gump Strauss Hauer & Feld LLP.

**I REQUEST AND CONSENT TO THE ABOVE SUBSTITUTION.**

Dated: _____

_____
Leonard Glenn Francis
Defendant

**I CONSENT TO ATTORNEYS EMPLOYED BY AKIN GUMP STRAUSS HAUER & FELD LLP, INCLUDING MYSELF, BEING SUBSTITUTED.**

Dated: _____

_____
Stephen A. Mansfield
Lead Counsel
AKIN GUMP STRAUSS HAUER
& FELD LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: 8/13/14

_____
Ethan M. Posner
COVINGTON & BURLING LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: 8/13/14

_____
Sara J. O'Connell
COVINGTON & BURLING LLP

**I AGREE TO BECOME COUNSEL OF RECORD.**

Dated: _____

_____
Sarah E. Sloviter
LAW OFFICES OF SARAH SLOVITER