IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
San Diego Division

UNITED STATES OF AMERICA )
)
v. ) Case No. 13-cr-03781-JLS-2
)
JOHN BELIVEAU, Jr., )
)
    Defendant. )
)

## ACKNOWLEDGEMENT OF NEXT COURT DATE

I, JOHN BERTRAND BELIVEAU, Jr., hereby acknowledge my obligation to appear before the Honorable Janis L. Sammartino, Judge of the United States District Court, for Sentencing on Friday, October 14, 2016 at 9:00 am.

Dated: 3/04/16

JOHN BERTRAND BELIVEAU, Jr.