1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN BERTRAND BELIVEAU, Jr. (2),<br><br>Defendant | No. 13-CR-3781-JLS<br><br>ORDER TO CONTINUE SENTENCING HEARING |

JOINT MOTION HAVING BEEN ENTERED by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that defendant JOHN BERTRAND BELIVEAU, Jr.'s sentencing hearing date be continued from Friday, August 5, 2016 at 9:00 a.m. to Friday, October 14, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 24, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge