Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

Attorneys for Defendant Francis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   13cr3781-JLS, 13cr3782-JLS, 13cr4287-JLS |
| Plaintiff, | |
| v. | Joint motion to continue sentencing |
| LEONARD GLENN FRANCIS, GLENN DEFENSE MARINE ASIA, | |
| Defendants. | |

The parties jointly move to continue the sentencing hearings in the above matters from August 5, 2016, to December 9, 2016, at 9:00 a.m.

So moved.

Dated: May 9, 2016         /s/ *Jeremy Warren*
                           Jeremy D. Warren
                           Warren & Burstein
                           Attorneys for Mr. Francis

Dated: May 9, 2016         /s/ *Mark Pletcher*
                           Mark Pletcher
                           Assistant United States Attorney

1

**Proof of Service**

I certify the foregoing document was served on all parties via electronic filing on today's date.

Dated: May 9, 2016                           /s/ *Jeremy Warren*
                                             Jeremy D. Warren