# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 13cr3781-JLS, 13cr3782-JLS, |
| | ) 13cr4287-JLS |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER CONTINUING SENTENCING |
| | ) HEARINGS |
| LEONARD GLENN FRANCIS, | ) |
| GLENN DEFENSE MARINE ASIA, | ) |
| | ) |
| Defendants. | ) |

Pursuant to joint motion, the sentencing hearings in the above matters are continued from August 5, 2016, to December 9, 2016, at 9:00 a.m.

So ordered.

Dated: May 10, 2016

Hon. Janis L. Sammartino
United States District Judge

1