```
 1 │ LAURA E. DUFFY
   │ United States Attorney
 2 │ Patrick Hovakimian
   │ Assistant United States Attorney
 3 │ CA Bar No. 274532
   │ United States Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 546-9718
 6 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
 7 │
 8 │                UNITED STATES DISTRICT COURT
 9 │               SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13CR3781-JLS |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| LEONARD GLENN FRANCIS, ET AL., | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Mark W. Pletcher.

Brian R. Young.

1   Catherine Votaw.
2   Robert S. Huie
3   Effective this date, <u>the following attorneys are no longer</u>
4   <u>associated with this case</u> and should <u>not</u> receive any further
5   Notices of Electronic Filings relating to activity in this case (if
6   the generic "U.S. Attorney CR" is still listed as active in this
7   case in CM/ECF, please terminate this association):
8   <u>Name</u>
9   None.
10
11  Please feel free to call me if you have any questions about
12  this notice.
13  DATED: August 8, 2016.
14
15                                  Respectfully submitted,
16
17                                  LAURA E. DUFFY
                                    United States Attorney
18                                  *s/Patrick Hovakimian*
                                    <u>PATRICK HOVAKIMIAN</u>
19                                  Assistant United States Attorney
                                    Attorneys for Plaintiff
20                                  United States of America
21
22
23
24
25
26
27
28

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13CR3781-JLS |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| LEONARD GLENN FRANCIS, ET AL., | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Patrick Hovakimian, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

To: Danielle C. Ginty, Esq. Devin Jai Burstein Edward P Swan, Jr., Esq., Ethan Posner, Esq., Jeremy D Warren, Esq., John C Ellis, Jr, Esq., John David Kirby, Esq., L. Rachel Lerman, Esq., Robert B Humphreys, Esq., Sara O'Connell, Esq., Sarah Elizabeth Sloviter, Esq., Stephen A Mansfield, Esq., William Douglas Sprague, Esq., Gretchen C. VonHelms, Esq., Jan E Ronis, Esq., Jessica Nicole Carmichael, Esq., Ethan Posner, Esq., William Douglas Sprague, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2016.

                                          *s/Patrick Hovakimian*
                                          PATRICK HOVAKIMIAN
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff
                                          United States of America