Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

Attorneys for Defendant Francis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 13cr3781-JLS, 13cr3782-JLS, |
| | )               13cr4287-JLS |
| Plaintiff, | ) |
| | ) |
| v. | ) Joint motion to continue sentencing |
| | ) |
| LEONARD GLENN FRANCIS, | ) |
| GLENN DEFENSE MARINE ASIA, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The parties jointly move to continue the sentencing hearings in the above matters from June 16, 2017, to December 15, 2017 at 9:00 a.m.

So moved.

Dated: March 24, 2017          /s/ *Jeremy Warren*
                               Jeremy D. Warren
                               Warren & Burstein
                               Attorneys for Mr. Francis

Dated: March 24, 2017          /s/ *Mark Pletcher*
                               Mark Pletcher
                               Assistant United States Attorney

1

**Proof of Service**

I certify the foregoing document was served on all parties via electronic filing on today's date.

Dated: March 24, 2017 /s/ *Jeremy Warren*
Jeremy D. Warren