UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:   13cr3781-JLS, 13cr3782-JLS, |
| | ) | 13cr4287-JLS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| LEONARD GLENN FRANCIS, | ) | |
| GLENN DEFENSE MARINE ASIA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to joint motion, the Sentencing Hearings in the above matters are continued from June 16, 2017, to December 15, 2017, at 9:00 a.m.

SO ORDERED.

Dated:  March 28, 2017

_Janis L. Sammartino_
Hon. Janis L. Sammartino
United States District Judge