**SENTENCING SUMMARY CHART**

<u>DEFENDANT</u>: GLENN DEFENSE MARINE ASIA

<u>DOCKET NOS</u>: 13CR3781-JLS, 13CR3782-JLS, 13CR4287-JLS

<u>ATTORNEYS</u>: W. MARK CONOVER / FRED SHEPPARD

**Group One – Bribery:**

| | |
|---|---:|
| Base Offense Level [USSG § 2C1.1(a)(2)] | 12 |
| Special Offense Characteristics – More than One Bribe [USSG § 2C1.1(b)(1)] | + 2 |
| Value of Benefit Received (more than $9,000,000 but less than $25,000,000) [USSG §§ 2C1.1(b)(2) and 2B1.1(b)(1)(K)] | +20 |
| Offense Involved Public Officials In High-Level Decision-Making and Sensitive Positions [USSG § 2C1.1(b)(3)] | + 4 |
| **Total (Bribery Group)** | **38** |

**Group Two – Fraud:**

| | |
|---|---:|
| Base Offense Level [USSG § 2B1.1(a)(2)] | 6 |
| Special Offense Characteristics – Loss in excess of $20,000,000 USSG § 2B1.1(b)(1)(K)] | +22 |
| Substantial part of the scheme committed overseas, and use of sophisticated means [USSG § 2B1.1(b)(10)(B) and (C)] | + 2 |
| **Total (Fraud Group)** | **30** |

**Combining Multiple Counts**

| | |
|---|---|
| Highest Offense-Level [Bribery Group] | 38 |
| Addition of Fraud Group | <u>+1</u> |
| **Total Combined Offense Level** | **39** |

**Culpability score: 5**

Calculated as:

Baseline +5

Organization with 10 or more employees, individual within substantial authority personnel: +1

Willful obstruction of justice: +1

Acceptance of responsibility: -2

**Multiplier range: 1.00 – 2.00**

**Base fine for Offense Level 38 or more (Nov. 2014 guidelines): $72.5 million**

**Adjusted Range with multiplier: $72.5 million - $ 145 million**

**FINE RECOMMENDATION: $72.5 million**

**SENTENCING RECOMMENDATION: 5 YEARS PROBATION**